UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IMMANUEL PRICE,

          Plaintiff,

     v.

LOPEZ, et al.,

          Defendants.

Case No. 25-cv-06028-EMC

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Re: ECF No. 2

On July 17, 2025, Plaintiff Immanuel Price filed a *pro se* prisoner complaint under 42 U.S.C. § 1983. The case was transferred to the undersigned on August 21, 2025. ECF No. 7. On October 15, 2025, the Court's correspondence containing the transfer order was returned as undeliverable. ECF No. 9. More than 60 days have passed, and Price has not updated his address or otherwise communicated with the Court regarding this matter in violation of Civil Local Rule 3-11. Accordingly, the matter is **DISMISSED WITHOUT PREJUDICE**. *See Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal of pro se prisoner's complaint for failing to notify court of his change of address). Any motion to reopen this matter must be accompanied by a change of address form. The Clerk shall terminate all pending motions and close the file.

     **IT IS SO ORDERED.**

Dated: January 28, 2026

_____
EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California